In the Matter of LYDIA D., Respondent, v THOMAS B., IV, Appellant.

Submitted October 1, 2012; decided December 11, 2012

Motion for leave to appeal dismissed upon the ground that

the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.